UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTIE SUTHERLAND,<br>   Plaintiff,<br><br>v.<br><br>OLIN CORP. d/b/a OLIN BRASS<br>SOMERS THIN STRIP<br>   Defendant. | Civil No. 3:03 CV 0662 (PCD)<br><br><br><br>December 5, 2003 |

## APPEARANCE

To the Clerk of this court and all parties of record, please enter my appearance in this case for the defendant Olin Corporation, doing business as Olin Brass Somers Thin Strip.

                                            DEFENDANT
                                            OLIN CORP., d/b/a OLIN BRASS
                                            SOMERS THIN STRIP,

By: _William J. Albinger_
      William J. Albinger, ct18861
      Wiggin & Dana LLP
      One Century Tower
      P.O. Box 1832
      New Haven, CT 06508-1832
      (203) 498-4400
      Its Attorneys

## CERTIFICATE OF SERVICE

This is to certify that on this 5th day of December, 2003, a copy of the foregoing has been mailed, postage prepaid, to the following:

>Leonard A. McDermott, Esq.
>Employee Advocates, LLC
>35 Porter Avenue, 2B
>P.O. Box 205
>Naugatuck, CT  06770

_____
William J. Albinger

\9754\40\438348.1