UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTIE SUTHERLAND,<br>Plaintiff,<br><br>v.<br><br>OLIN CORP. d/b/a OLIN BRASS<br>SOMERS THIN STRIP<br>Defendant. | Civil No. 3:03 CV 0662 (PCD)<br><br><br>December 5, 2003 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b) and D. Conn. L. Civ. R. 9(b), the defendant Olin Corporation d/b/a Olin Brass Somers Thin Strip hereby respectfully requests an extension of time of two (2) weeks up to and including December 22, 2003 in which to respond or object to Plaintiff's First Set of Interrogatories and Requests for Production. This is defendant's first request for an extension of this deadline.

Counsel for defendant has attempted to contact plaintiff's counsel, but has been unable to determine whether or not he has any objection to the granting of this motion.

                                                DEFENDANT
                                                OLIN CORP. d/b/a OLIN BRASS
                                                SOMERS THIN STRIP,

By: _/s/ William J. Albinger_
            Stephen B. Harris, ct13125
            William J. Albinger, ct18861
            Wiggin & Dana LLP
            One Century Tower
            P.O. Box 1832
            New Haven, CT 06508-1832
            (203) 498-4400
            Its Attorneys

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that on this 5th day of December, 2003, a copy of the foregoing has been mailed, postage prepaid, to the following:

> Leonard A. McDermott, Esq.
> Employee Advocates, LLC
> 35 Porter Avenue, 2B
> P.O. Box 205
> Naugatuck, CT  06770

_____
William J. Albinger

\9754\40\438205.1