UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTIE SUTHERLAND,  Plaintiff, | Civil No. 3:03 CV 0662 (PCD) |
| v. | |
| OLIN CORP. d/b/a OLIN BRASS SOMERS THIN STRIP  Defendant. | December 5, 2003 |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b) and D. Conn. L. Civ. R. 9(b), the defendant Olin Corporation d/b/a Olin Brass Somers Thin Strip hereby respectfully requests an extension of time of two (2) weeks up to and including December 22, 2003 in which to respond or object to Plaintiff's First Set of Interrogatories and Requests for Production. This is defendant's first request for an extension of this deadline.

Counsel for defendant has attempted to contact plaintiff's counsel, but has been unable to determine whether or not he has any objection to the granting of this motion.

DEFENDANT
OLIN CORP. d/b/a OLIN BRASS
SOMERS THIN STRIP,

By: _____William J. Albinger_____
Stephen B. Harris, ct13125
William J. Albinger, ct18861
Wiggin & Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
Its Attorneys