UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTIE SUTHERLAND,<br>  Plaintiff, | )<br>)<br>) | Civil No. 3:03 CV 0662 (PCD) |
| v. | )<br>)<br>) | |
| OLIN CORP. d/b/a OLIN BRASS<br>SOMERS THIN STRIP<br>  Defendant. | )<br>)<br>)<br>) | December 22, 2003 |

## AFFIDAVIT

Stephen B. Harris, being duly sworn, deposes and states as follows:

1. I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify to the facts set forth in this affidavit.

2. I am an attorney with the law firm of Wiggin & Dana LLP, One Century Tower, New Haven, Connecticut, counsel for the defendant Olin Corporation d/b/a Olin Brass Somers Thin Strip ("Olin") in the above captioned matter. I make this affidavit in support of Olin's Motion to Compel and for Sanctions dated December 22, 2003. I have personal knowledge of the statements made herein.

3. On June 3, 2003, I spoke with plaintiff's counsel for the purpose of conducting a conference in accordance with Rule 26(f). As a result of that conference, a Report of the Parties' Planning Meeting was prepared, which was later approved and adopted, in part, by the Court. In accordance with the Report, as approved by the Court, discovery is to be completed by January 9, 2004.

4. On August 13, 2003, Olin served its First Set of Interrogatories and Requests for Production of Documents ("Discovery Requests") on plaintiff.

5.  Plaintiff moved for an extension of time to respond to the Discovery Requests until and including October 14, 2003. Olin consented to this extension and the Court granted plaintiff's motion for extension of time.

6.  On October 10, 2003, plaintiff served his responses and objections to Olin's Discovery Requests ("Discovery Responses"). Plaintiff, however, did not respond to many of the Discovery Requests and instead promised to supplement the responses at a later date. Plaintiff also did not provide complete responses to many of the Discovery Requests. Finally, plaintiff interposed many objections to the Discovery Requests.

7.  On November 11, 2003, I wrote to plaintiff's counsel to advise him that plaintiff's deposition scheduled for the following day would be postponed on account of the outstanding discovery issues and requested that he contact me to resolve the outstanding issues. I received no response to my letter.

8.  On November 18, 2003, I sent plaintiff's counsel a 6-page letter which provides an individual listing of each of the items of discovery in dispute, and reasons why discovery should be allowed. In the letter, I requested that plaintiff provide complete Discovery Responses as soon as possible, and reminded plaintiff's counsel of the January 9, 2004 discovery deadline. I also requested that plaintiff make Initial Disclosures which were long past due. I concluded the letter by stating that "[i]f for any reason plaintiff does not intend to comply with [Olin's] Discovery Requests, please let us know so that we may prepare a motion to compel the responses and for appropriate sanctions." I received no response to my letter.

9.  As of the date of this affidavit, plaintiff has not made Initial Disclosures in accordance with Rule 26(a); nor has he provided complete responses to Olin's Discovery Requests.

10. The foregoing statements are true and correct to the best of my knowledge and belief.

_____
Stephen B. Harris

Subscribed and sworn to before me
this 22nd day of December, 2003.

_____
Notary Public

My Commission Expires:        My Commission Expires September 30, 2007

\9754\40\441388.1