UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTIE SUTHERLAND,<br>  Plaintiff, | Civil No. 3:03 CV 0662 (PCD) |
| v. | |
| OLIN CORP. d/b/a OLIN BRASS<br>SOMERS THIN STRIP<br>  Defendant. | December 22, 2003 |

### DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS

Pursuant to Federal Rules of Civil Procedure 33, 34 and 37, and Local Rule 9(d), defendant Olin Corporation d/b/a Olin Brass Somers Thin Strip ("Olin") moves to compel plaintiff Christie Sutherland to make Initial Disclosures in accordance with Rule 26(a)("Initial Disclosures"), and to provide complete answers and responses to Olin's First Set of Interrogatories and Requests for Production of Documents dated August 13, 2003 ("Discovery Requests"). Despite the fact that plaintiff's Initial Disclosures were due within 14 days of the parties' June 3, 2003 Rule 26(f) conference, plaintiff has failed to make his Initial Disclosures. Moreover, on October 10, 2003, and following a 30-day extension of time, plaintiff provided responses to Olin's Discovery Requests in which he failed to respond to many of Olin's Discovery Requests, provided evasive and incomplete responses to many other Discovery Requests, and interposed improper and unsustainable objections. Accordingly, Olin respectfully requests that the Court grant its motion to compel and for sanctions and order plaintiff to (1) make Initial Disclosures; (2) respond to the Discovery Requests in their entirety; and (3) pay Olin's costs and attorneys' fees incurred by the bringing of this motion and impose other appropriate sanctions. Olin further requests that the Court order that the deadline for completion

of discovery be extended by an additional 30 days, up to and including February 9, 2004, in order to permit the Court to rule upon the instant motion, and to allow the parties to complete necessary discovery.

Olin submits a memorandum and accompanying affidavit in support of this motion, containing certifications in accordance with Local Rule 9(d)(2) that it has attempted to confer with counsel for plaintiff in a good faith effort to resolve the issues raised by this motion without Court intervention, but has been unsuccessful in reaching an agreement.

DEFENDANT
OLIN CORP. d/b/a OLIN BRASS
SOMERS THIN STRIP,

By: _____
Stephen B. Harris, ct13125
William J. Albinger, ct18861
Wiggin & Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
Its Attorneys

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of December, 2003, a copy of the foregoing has been mailed, postage prepaid, to the following:

>Leonard A. McDermott, Esq.
>Employee Advocates, LLC
>35 Porter Avenue, 2B
>P.O. Box 205
>Naugatuck, CT  06770

_____
Stephen B. Harris

\9754\40\441117.1