FILED

Dec 31   1 :   FH '03

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

U.S. DISTRICT COURT
NEW HAVEN, CONN.

-------------------------------------------------

CHRISTIE SUTHERLAND          :        CIVIL ACTION NO.
                                      3:03 CV 0662 (PCD)
    Plaintiff,              :

v.                           :

OLIN CORP. d/b/a OLIN BRASS  :        DECEMBER 30, 2003
SOMERS THIN STRIP
                             :
    Defendant.

-------------------------------------------------

## MOTION TO WITHDRAW APPEARANCE

Counsel for Plaintiff in the above-captioned matter requests leave of this

Court to withdraw his appearance and terminate the lawyer-client relationship.

Under the Rules of Professional Conduct, 1.16 (4), (5), and (6), counsel has

good cause to withdraw from this matter, as follows:

1) Plaintiff has substantially failed to fulfill his financial obligation to this attorney

regarding legal services, and has been given warning on July 15, 2003 (attached), and

December 18, 2003 (attached), that this attorney will withdraw unless the obligation

is fulfilled;

2) Further representation will result in an unreasonable financial burden on the

attorney, i.e. time spent on possible Motion to Compel, Summary Judgment Motion,

and possible trial, without an agreed upon retainer fee.

1

3) Plaintiff has refused to return telephone calls or respond to: certified letter from attorney on December 18, 2003 (attached), regarding expert witness fees, additional discovery items, and the need to take depositions.

Plaintiff has had a complete breakdown of communication and cooperation with this attorney, making continued representation impossible. Counsel will make all file materials available to Plaintiff. Counsel respectfully requests this Court to give notice to the Plaintiff that he must engage a successor counsel or file a pro se appearance.

Leonard A. McDermott (ct 21996)
His Attorney
Employee Advocates, LLC
35 Porter Ave., 2B, P.O. Box 205
Naugatuck, CT  06770
Tel. (203) 723-9610

2

## CERTIFICATION OF SERVICE

This is to certify that the foregoing was sent by U.S. Mail, return receipt requested, this 30th day of December, 2003, to the following addressee:

Christie Sutherland
12 Sterling Street
Waterbury, CT  06710

Leonard A. McDermott

3



# EMPLOYEE ADVOCATES, LLC

LAW FIRM

35 PORTER AVENUE, 2B • P.O. BOX 205
NAUGATUCK • CONNECTICUT 06770
ATTORNEY LEONARD A. McDERMOTT

Telephone:
(203) 723-9610
Facsimile
(203) 723-1032

December 18, 2003

Christie Sutherland
12 Sterling Street
Waterbury, CT  06710

Re:  Your cooperation required in the lawsuit;
      Balance due on retainer fee

Dear Mr. Sutherland:

I wrote to you on October 15, 2003, requesting an authorization form for medical records from Dr. Hillman. We have an obligation to provide all of your records to the defendant. To date I have not received the signed authorization.

I called you on November 18th, December 4th, and December 15, 2003, and left a message for you on each occasion. You have not returned my calls to date. We have an obligation to respond to requests from the defendant. I cannot possibly represent you properly if you will not communicate with me.

Finally, our retainer agreement calls for a retainer of $3,000.00 and a contingency agreement. This agreement was signed on February 8, 2003. At the time we signed the agreement, you gave me $1,000.00 and promised to pay me an additional $2,000.00 within a month. In April, 2003, you told me that you could only afford $150.00 per month. I reluctantly agreed to this payment schedule until you could obtain the balance.

You have not paid me anything since April, 2003, even though I wrote to you in July regarding payment. Your current balance is $1,850.00.

I also explained to you that there are additional costs involved, such as expert witness fees and deposition fees. I did not agree to front any costs, fees, or expenses, and I will not do so. I suggested that you look into a home equity loan to fund your lawsuit and you told me that you would do so. To date, you have not made any arrangements to finance your lawsuit.

I have also asked you for copies of your unemployment payments, disability retirement checks and state and federal income taxes from 2001 to present. I have yet to receive these documents.



# EMPLOYEE ADVOCATES, LLC

35 PORTER AVENUE, 2B • P.O. BOX 205
NAUGATUCK • CONNECTICUT 06770

LAW FIRM

ATTORNEY LEONARD A. McDERMOTT

Telephone:
(203) 723-9610
Facsimile
(203) 723-1032

You and I need to meet immediately as we are facing court deadlines. If you cannot afford to meet the financial obligations of this case, perhaps you should seek legal aid at Connecticut Legal Services, 85 Central Ave., Waterbury, CT. I can give them all of the materials from your file.

Unless you and I can come to an understanding regarding your cooperation and your financial obligations, I will petition the Court to withdraw from this case.

Please contact me immediately with your decision.

Sincerely,

Leonard A. McDermott

# EMPLOYEE ADVOCATES, LLC

35 PORTER AVENUE, 2B • P.O. BOX 205
NAUGATUCK • CONNECTICUT 06770

LAW FIRM

ATTORNEY LEONARD A. MCDERMOTT

Telephone:
(203) 723-9610
Facsimile
(203) 723-1032

July 15, 2003

Christie Sutherland
12 Sterling Street
Waterbury, CT  06710

Re:  retainer payments

Dear Mr. Sutherland:

I am writing to remind you that you have not paid your monthly retainer fee of $150.00, as agreed, for May, June and July.  If you are having financial difficulties please contact me to discuss this further.

To date you have paid $1,150.00 towards the retainer fee of $3,000.00.  Unfortunately, at present, I am not in a position to represent clients without receiving a retainer fee in advance.  I made an exception in your case because you needed legal representation and assured me that you could only afford to pay by the month.

It also makes me wonder if you are prepared for some of the other expenses of litigation, such as the costs of one or more depositions and the the cost of an expert witness to testify regarding your disability.  It may be necessary for you to consider taking out a loan to finance your case.

Please give me a call at your earliest convenience to discuss the costs of litigation and whether or not you will be able to go forward.

Sincerely,

Leonard A. McDermott

employeeadvocatesllc.com