UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Jan 14  11 33 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

Christie SUTHERLAND,
    Plaintiff,

vs.

Case No:   3:03cv662 (PCD)

OLIN CORP. /d/b/a OLIN BRASS
SOMERS THIN STRIP
    Defendant.

## ORDER

In light of Attorney Leonard McDermott's Motion to Withdraw Appearance [Doc. No. 20], Plaintiff Christie Sutherland is ordered to:

File a pro se appearance or appearance of a replacement attorney on or before February 2, 2004.

Or, on or before February 2, 2004, show cause why Attorney McDermott's Motion should not be granted.

Attorney McDermott shall serve a copy of this Order with a copy of his Motion to Withdraw [Doc. No. 20] on Plaintiff, filing a return of service with the Court on or before February 2, 2004.

Should Plaintiff fail to comply with this Order, this case will be dismissed on or after February 2, 2004.

SO ORDERED.

Dated at New Haven, Connecticut, January 13, 2004.

Peter C. Dorsey, U.S. District Judge
United States District Court