UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHRISTIE SUTHERLAND

VS.

OLIN CORP. d/b/a OLIN BRASS SOMERS THIN STRIP

CASE NO. 3:03CV662 (PCD)

### ORDER

Pursuant to the attached letter, Attorney McDermott's Motion to Withdraw Attorney, document no. 20, is hereby GRANTED.

Due to the plaintiff's failure to either file a pro se appearance or an appearance of a replacement attorney on or before February 2, 2004, pursuant to the Court's Order dated January 14, 2004 (document no. 21), this case is hereby dismissed. The Clerk shall close the file.

SO ORDERED. Dated at New Haven, Connecticut, this 13th day of February, 2004.

Peter C. Dorsey, U.S. District Judge
United States District Court