UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTIE SUTHERLAND )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>OLIN CORP. d/b/a OLIN BRASS )<br>SOMERS THIN STRIP )<br>  Defendant. ) | Civil No. 3:03 CV 0662 (PCD)<br><br>February 13, 2004 |

### DEFENDANT'S MOTION TO DISMISS

In accordance with the Court's Order dated January 13, 2004 (attached hereto), plaintiff was directed that, on or before February 2, 2004, he was to: file a *pro se* appearance or appearance of a replacement attorney; or show cause why Attorney McDermott's motion to withdraw his appearance should not be granted. The Order further provides that the case will be dismissed in the event plaintiff fails to comply with the Order. Upon information and belief, plaintiff has failed to comply with the Court's Order. Accordingly, defendant respectfully requests that the Court dismiss the case with prejudice.

DEFENDANT
OLIN CORP. d/b/a OLIN BRASS
SOMERS THIN STRIP,

By: _____
Stephen B. Harris, ct13125
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, via U.S. Mail, postage prepaid to the following on this 13th day of February, 2004:

>Leonard A. McDermott, Esq.
>Employee Advocates, LLC
>35 Porter Avenue, 2B
>P.O. Box 205
>Naugatuck, CT  06770
>
>Mr. Christie Sutherland
>12 Sterling Street
>Waterbury, CT 06710

_____
Stephen B. Harris

\9754\40\449941.1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Christie SUTHERLAND,
   Plaintiff,

vs.

Case No:   3:03cv662 (PCD)

OLIN CORP. /d/b/a OLIN BRASS
SOMERS THIN STRIP
   Defendant.

### ORDER

In light of Attorney Leonard McDermott's Motion to Withdraw Appearance [Doc. No. 20], Plaintiff Christie Sutherland is ordered to:

File a pro se appearance or appearance of a replacement attorney on or before February 2, 2004.

Or, on or before February 2, 2004, show cause why Attorney McDermott's Motion should not be granted.

Attorney McDermott shall serve a copy of this Order with a copy of his Motion to Withdraw [Doc. No. 20] on Plaintiff, filing a return of service with the Court on or before February 2, 2004.

Should Plaintiff fail to comply with this Order, this case will be dismissed on or after February 2, 2004.

SO ORDERED.

Dated at New Haven, Connecticut, January 13, 2004.

_____
Peter C. Dorsey, U.S. District Judge
United States District Court