



# EMPLOYEE ADVOCATES, LLC

35 PORTER AVENUE, 2B • P.O. BOX 205
NAUGATUCK • CONNECTICUT 06770

LAW FIRM

ATTORNEY LEONARD A. MCDERMOTT

Telephone:
(203) 723-9610
Facsimile
(203) 723-1032

January 22, 2004

Christie Sutherland
12 Sterling Street
Waterbury, CT 06710

VIA CERTIFIED MAIL

Re: Motion to Withdraw Appearance

Dear Mr. Sutherland:

    Enclosed please find a copy of my Motion to Withdraw Appearance, dated December 30, 2003. You received a copy of this by certified mail on January 2, 2004. Please read the Court's Order dated January 13, 2004. You have specific deadlines to follow if you plan to continue on with your lawsuit.

    I will make your file available to you or to an attorney that represents you. Please notify me in writing as to where you would like me to send your file.

    Please feel free to call me if you have any questions.

Sincerely,

Leonard A. McDermott

Enc.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

CHRISTIE SUTHERLAND               :      CIVIL ACTION NO.
                                         3:03 CV 0662 (PCD)
    Plaintiff,                 :

v.                                :

OLIN CORP. d/b/a OLIN BRASS       :      DECEMBER 30, 2003
SOMERS THIN STRIP
                                  :
    Defendant.

---

## MOTION TO WITHDRAW APPEARANCE

    Counsel for Plaintiff in the above-captioned matter requests leave of this Court to withdraw his appearance and terminate the lawyer-client relationship.

    Under the Rules of Professional Conduct, 1.16 (4), (5), and (6), counsel has good cause to withdraw from this matter, as follows:

1) Plaintiff has substantially failed to fulfill his financial obligation to this attorney regarding legal services, and has been given warning on July 15, 2003 (attached), and December 18, 2003 (attached), that this attorney will withdraw unless the obligation is fulfilled;

2) Further representation will result in an unreasonable financial burden on the attorney, i.e. time spent on possible Motion to Compel, Summary Judgment Motion, and possible trial, without an agreed upon retainer fee.

1

3) Plaintiff has refused to return telephone calls or respond to: certified letter from attorney on December 18, 2003 (attached), regarding expert witness fees, additional discovery items, and the need to take depositions.

Plaintiff has had a complete breakdown of communication and cooperation with this attorney, making continued representation impossible. Counsel will make all file materials available to Plaintiff. Counsel respectfully requests this Court to give notice to the Plaintiff that he must engage a successor counsel or file a pro se appearance.

*[signature]*

Leonard A. McDermott (ct 21996)
His Attorney
Employee Advocates, LLC
35 Porter Ave., 2B, P.O. Box 205
Naugatuck, CT 06770
Tel. (203) 723-9610

**CERTIFICATION OF SERVICE**

This is to certify that the foregoing was sent by U.S. Mail, return receipt requested, this 30th day of December, 2003, to the following addressee:

*Leonard A. McDermott*
Leonard A. McDermott

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

Jan 14  11 33 AM '04

| | |
|---|---|
| Christie SUTHERLAND, <br> Plaintiff, <br><br> vs. <br><br> OLIN CORP. /d/b/a OLIN BRASS <br> SOMERS THIN STRIP <br> Defendant. | Case No: 3:03cv662 (PCD) |

### ORDER

In light of Attorney Leonard McDermott's Motion to Withdraw Appearance [Doc. No. 20], Plaintiff Christie Sutherland is ordered to:

File a pro se appearance or appearance of a replacement attorney on or before February 2, 2004.

Or, on or before February 2, 2004, show cause why Attorney McDermott's Motion should not be granted.

Attorney McDermott shall serve a copy of this Order with a copy of his Motion to Withdraw [Doc. No. 20] on Plaintiff, filing a return of service with the Court on or before February 2, 2004.

Should Plaintiff fail to comply with this Order, this case will be dismissed on or after February 2, 2004.

SO ORDERED.

Dated at New Haven, Connecticut, January 13, 2004.

_____
Peter C. Dorsey, U.S. District Judge
United States District Court