## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTIE SUTHERLAND : | |
| : | |
| VS. : | CASE NO. 3:03CV662 (PCD) |
| : | |
| OLIN CORP. d/b/a OLIN BRASS SOMERS : | |
| THIN STRIP : | |

## ENDORSEMENT ORDER

Defendant's Motion to Dismiss, document no. 23, is DENIED as moot. Pursuant to the Court's Order dated February 13, 2004, document no. 22, the case was dismissed and the file closed.

SO ORDERED. Dated at New Haven, Connecticut, this 19th day of February, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court