**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

CHRISTIE SUTHERLAND

V.                                                                    CIVIL NO. 3:03CV662(PCD)

OLIN BRASS SUMMERS
THIN STRIP, OLIN CORP

## JUDGMENT

_____This cause came on for consideration on the plaintiff's complaint, before the

Honorable Peter C. Dorsey, Senior United States District Judge.  On January 14, 2004,

an Order entered directing the plaintiff to file a pro se appearance or appearance of a

replacement attorney on or before February 2, 2004.  On February 13, 2004, an Order

entered dismissing the case and directing the Clerk to close the file, as plaintiff failed to

comply with the Court's Order.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered in

favor of the defendant and the case is closed.

Dated at New Haven, Connecticut, this 23rd day of February, 2004.

Kevin F. Rowe, Clerk
By


_____/s/_____
Melissa Ruocco
Deputy Clerk

EOD: _____